IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| K&M Communications, LLC, a Colorado limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| Philadelphia Indemnity Insurance Company, a Pennsylvania corporation, | ) ) ) |
| Defendants. | ) ) |

**ORDER RE ADMISSION PRO HAC VICE**

Case No. 4:14-cv-114

Before the court are motions for attorneys Kory D. George and Colin P. Baumchen to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Kory D. George and Colin P. Baumchen have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motions (Docket Nos. 9-10) are **GRANTED**. Attorneys Kory D. George and Colin P. Baumchen are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge