# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| K & M Communications, LLC, a Colorado Limited Liability Co., | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Philadelphia Indemnity Insurance Company, a Pennsylvania corporation, | ) ) ) | |
| | ) | Case No. 4:14-cv-114 |
| Defendant. | ) | |

Before the court is a motion for attorney Charles G. Evans to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Charles G. Evans has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 24) is **GRANTED**. Attorney Charles G. Evans is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge